In the Matter of HENRY C. PRICE, Appellant.

THE BAR ASSOCIATION OF ERIE COUNTY, Respondent.

(Argued October 1, 1930; decided October 21, 1930.)

*Elijah W. Holt* for appellant.
*Dana B. Hellings* for respondent.

Order affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.